

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00141-CV

———————————————

P.K., Appellant

V.

S.B., Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-457191-09

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant P.K. attempts to appeal from an associate judge's order releasing an amicus attorney from representation and ordering both parties to share the cost of his fees. Because the order is not final, because no rule or statute authorizes an interlocutory appeal from this type of order, and because appellant did not respond to our inquiry letter with an exception that would allow this court to exercise jurisdiction, we must dismiss the appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), 43.2(f); Tex. Fam. Code Ann. § 105.001(e); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *In re J.C.*, No. 02-18-00276-CV, 2018 WL 6215793, at *1 (Tex. App.––Fort Worth Nov. 29, 2018, no pet.) (mem. op. on reh'g).

Per Curiam

Delivered: August 8, 2019

---

[1]To the extent appellant is attempting to appeal a pretrial scheduling order signed by the presiding judge the same day—indicating that a final trial is set for June 8, 2020—that order likewise is not final and is not an interlocutory order subject to immediate appeal. *See Thomas v. Pugliese*, No. 02-17-00407-CV, 2017 WL 6616243, at *1 (Tex. App.—Fort Worth Dec. 21, 2017, no pet.) (mem. op.).